IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00593-PSF-MJW

COLLEGE CONSULTANT GROUP, INC., a Colorado corporation,

   Plaintiff,

v.

CHRISTOPHER M. POLLMILLER, a/k/a Chris Pollmiller, a natural person;
CHRISTOPHER ANDERSON, a/k/a Chris Anderson, a natural person;
RYAN ANDERSON, a natural person;
SARAH A. PORTER, a natural person;
LYNDA M. POLLMILLER, a natural person;
COLLEGE RESOURCE CONSULTANTS, INC., a Colorado corporation; and
AAP INVESTMENTS, INC.,
d/b/a COLLEGE PLACEMENT SERVICES, GROUP, INC., a Colorado corporation,

   Defendants.

## ORDER TO SET TRO HEARING

This matter comes before the Court on plaintiff's Motion for a Temporary Restraining Order (Dkt. # 2). It is ORDERED that a hearing on plaintiff's TRO motion is SET for **Monday, April 10, 2006 at 10:30 a.m.**, in Courtroom 602 of the U.S. District Courthouse, 901 19th Street, Denver, Colorado.

Plaintiff is DIRECTED to serve defendants with the summons, complaint and all other filings forthwith.

DATED: April 5, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge